# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AGUARISTI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MERCED, *et al.*,<br><br>　　　　Defendants. | Case No. 1:18-cv-01053-DAD-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANT DOS PALOS POLICE DEPARTMENT ON THE DOCKET**<br><br>(ECF No. 4) |

On September 14, 2018, Plaintiff George Aguaristi filed a notice of voluntary dismissal of his claims against Defendant Dos Palos Police Department. (ECF No. 4). Thus, the claims against said defendant have been dismissed. *See* Fed. R. Civ. P. 41(a); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant Dos Palos Police Department on the docket.

IT IS SO ORDERED.

　Dated: __**September 17, 2018**__　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1