JOSEPH G. SWEENEY (SBN 268475)
Law Offices of Joseph G. Sweeney, PC
1300 Clay Street, Suite 600
Oakland, CA 94612
Tel: (510) 545-9307
Fax: (510) 573-2860
Email: joe@sweeney-calaw.com

Attorneys for Plaintiffs:
George Aguaristi

James N. Fincher, SBN 196837
Merced County Counsel
Roger S. Matzkind, SBN 77331
Chief Civil Litigator
2222 M Street, Room 309
Merced, CA 95340
Tel:    (209) 385-7564
Fax:    (209) 726-1337
rmatzkind@co.merced.ca.us

Attorney for Defendant County of Merced (including for its Sheriff and District Attorney offices)

In the United States District Court

For the Eastern District of California, Fresno Division

| | |
|---|---|
| George Aguaristi, <br><br> Plaintiff, <br><br> v. <br><br> County of Merced; Merced County Sheriff's Department; Merced County District Attorney Office; Dos Palos Police Department; and Does 1-50, <br><br> Defendants. | Case No. 1:18-cv-1053-DAD-EPG <br><br> **Stipulation and Order** |

WHEREAS, the parties met and conferred pursuant to Judge Drozd's standing order (Doc. 3, 2:11-18) prior to Defendant filing a motion to dismiss; and,

1

WHEREAS, as a result of the meet and confer, Plaintiff agreed to amend his complaint; and,

WHEREAS, the defense response would otherwise be filed September 18, 2018;

NOW THEREFORE, it is hereby stipulated by and between the parties hereto, through their respective counsel, that plaintiff shall file an amended complaint on or before October 1, 2018, in lieu of Defendant filing a Fed. R. Civ. P. 12(b)(6).

Dated; September 18, 2018    Law Offices of Joseph G. Sweeney, PC

By:   /s/ Joseph G. Sweeney
Joseph G. Sweeney
Attorney for Plaintiff, George Aguaristi

Dated: September 18, 2018    James N. Fincher
Merced County Counsel

By:   /s/ Roger S. Matzkind
Roger S. Matzkind
Chief Civil Litigator
Attorneys for Defendant County of Merced (including for its Sheriff and District Attorney offices)

## **Order**

Pursuant to the stipulation of the parties, and good cause appearing therefor, it is hereby ordered that plaintiff shall file an amended complaint on or before October 1, 2018.

IT IS SO ORDERED.

Dated: **September 19, 2018**

/s/ Erwin P. Grosj

UNITED STATES MAGISTRATE JUDGE