IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AGUARISTI,<br><br>                Plaintiff,<br>   v.<br><br>COUNTY OF MERCED, et al.<br><br>                Defendants. | Case No. 1:18-cv-01053-DAD-EPG<br><br>ORDER MODIFYING THE SCHEDULING ORDER AS TO EXPERT DISCOVERY AND DISPOSITIVE MOTION FILING DEADLINE AND RESETTING PRETRIAL CONFERENCE AND TRIAL DATES<br><br>(ECF No. 28) |

The parties have filed a stipulation requesting that the currently scheduled expert discovery and dispositive motion deadlines be continued due to the COVID-19 pandemic (ECF No. 28). The Court finds good cause for and according grants the request.

IT IS ORDERED:

1. The expert discovery deadline is extended to July 10, 2020;
2. The dispositive motion deadline is extended to August 25, 2020;
3. The pretrial conference, currently set for September 28, 2020, is continued to **February 1, 2021, at 1:30 p.m.**
4. The jury trial, currently set for December 1, 2020, is continued to **April 6, 2021, at 8:30 a.m.**

IT IS SO ORDERED.

Dated: **March 24, 2020**                    /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE