**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE AGUARISTI,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MERCED, et al.,<br><br>Defendants. | CASE NO. 1:18-cv-01053-DAD-EPG<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>**(ECF No. 30)** |

On May 26, 2020, the parties filed a stipulation to modify the schedule for this case due to the COVID-19 pandemic. (ECF No. 30). The Court finds good cause for and accordingly grants the request.

IT IS ORDERED THAT:

1. The currently scheduled expert discovery deadline of July 10, 2020, shall be continued to December 10, 2020;
2. The currently scheduled dispositive motion deadline of August 25, 2020, shall be continued to January 29, 2021;
3. The currently scheduled pretrial conference of February 1, 2021, shall be continued to July 12, 2021 at 1:30 p.m.; and

\\\

1

4. The currently scheduled trial date of April 6, 2021, shall be continued to September 14, 2021, at 8:30 a.m.

IT IS SO ORDERED.

Dated:  **May 27, 2020**                        /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE