UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AGUARISTI,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MERCED, et al.,<br><br>Defendants. | No. 1:18-cv-01053-DAD-EPG<br><br>ORDER GRANTING STIPULATION TO MODIFY THE SCHEDULING ORDER |

On December 9, 2020, the parties filed their third stipulation and proposed order to modify the scheduling order. (ECF No. 33). The parties state that Plaintiff disclosed one non-retained expert: Dianna Sehnal, a therapist who treated Plaintiff in connection with his claims for damages in this action. That therapist is unable to be deposed until January 6, 2021, which is after the close of expert discovery. The parties therefore request that the scheduling order be modified to permit the taking of Sehnal's deposition. (*Id.* at 2-3).

The Court finds good cause to grant the request. Accordingly, IT IS HEREBY ORDERED that the scheduling order is modified to extend the expert discovery deadline of December 10, 2020 to January 7, 2021, but only with respect to taking Sehnal's deposition.
IT IS SO ORDERED.

Dated:   **December 9, 2020**            /s/ Erica P. Grosjean
                                                                          UNITED STATES MAGISTRATE JUDGE

1